**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JOHN WILSON,

      **Plaintiff,**

  v.                              **Civil Action 2:22-cv-861
                                    Judge Edmund A. Sargus, Jr.
                                    Magistrate Judge Jolson**

ANCESTRY.COM LLC, et al.,

      **Defendants,**

**SCHEDULING ORDER**

<u>INITIAL DISCLOSURES</u>

The parties shall exchange initial disclosures by May 25, 2022.

<u>PARTIES AND PLEADINGS</u>

Any motion to amend the pleadings or to join additional parties shall be filed by August 31, 2022.

The motion for class certification shall be filed 7 months after a decision on Defendants' motion to dismiss.

<u>DISCOVERY PROCEDURES</u>

Fact discovery shall be completed 6 months after a decision on Defendants' motion to dismiss. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

Any proposed protective order or clawback agreement shall be filed with the Court by July 15, 2022. A Word version of the proposed protective order should be sent to jolson_chambers@ohsd.uscourts.gov, and any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.

DISPOSITIVE MOTIONS

Any dispositive motions shall be filed 120 days after an order on Plaintiff's motion for class certification.

EXPERT REPORTS

Primary merits expert reports must be produced by 60 days after ruling Plaintiff's motion for class certification.  Rebuttal merits expert reports must be produced by 90 days after an order on Plaintiff's motion for class certification.  If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff shall make a settlement demand by September 1, 2022.  Defendants shall respond by September 23, 2022.  The parties agree to make a good faith effort to settle this case.  This matter is referred to a settlement conference in October 2022.  The parties understand that this case will be referred to an attorney mediator for a settlement conference in the month following the settlement demand.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.  The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel shall immediately object in writing.  If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

IT IS SO ORDERED.

Date:  June 28, 2022                                          /s/ Kimberly A. Jolson
                                                              KIMBERLY A. JOLSON
                                                              UNITED STATES MAGISTRATE JUDGE