AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN WILSON, on behalf of himself and all others similarly situated, , <br> *Plaintiff* <br> v. <br> ANCESTRY.COM LLC, et al., <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:22-CV-861 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Order filed 8/27/2024 - the Court GRANTS Ancestry's Motion for Summary Judgment (ECF No. 80), DENIES as moot Wilson's Motion for Class Certification (ECF No. 70), and DENIES as moot Ancestry's Motion to Exclude Plaintiff's Expert (ECF Nos. 78, 79).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  08/27/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk